UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Mohammad Kauser, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                *Plaintiff,*

   - against -

MHF 5th Ave., LLC, MHF Pitkin LLC, and Ashish Parikh,

                                *Defendants.*
-----------------------------------------------------------------X

Case No.: 22-cv-05121

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff Mohammad Kauser, by and through the undersigned counsel, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendant Ashish Parikh without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: December 27, 2022
       New York, New York

                                                  LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                         By: */s/ Jason Mizrahi*
                                                Jason Mizrahi, Esq.
                                                60 East 42nd Street, Suite 4700
                                                New York, New York 10165
                                                Tel: (212) 792-0048
                                                Email: Jason@levinepstein.com
                                                *Attorneys for Plaintiff and proposed FLSA Collection Action Plaintiffs*

**SO ORDERED**

_____
U.S.D.J.

_____
Dated